UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>BRADLEY M.D. MILLER,<br><br>      Defendant. | Case No. 16-cr-40030-JPG-004 |

### MEMORANDUM AND ORDER

This matter comes before the Court on the defendant's March 7, 2021, letter to the Court seeking a change to the statutory citations contained in his criminal judgment (Doc. 302). The Court construes the motion as a motion to correct a clerical error pursuant to Federal Rule of Criminal Procedure 36. Rule 36 states, "After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission."

Miller contends that his judgment erroneously contains a reference to 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) as his offenses of conviction. He believes that § 841(b)(1)(C) indicates his crime resulted in death and that such a finding is preventing him from taking advantage of a benefit under the First Step Act of 2018.

The Court **DENIES** the motion (Doc. 302). The judgment properly includes citations to 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) because Miller was convicted under 21 U.S.C. § 846 of conspiring to violate § 841(a)(1), and the punishment for that crime based on the type and amount of drugs charged is set forth in § 841(b)(1)(C). None of the aforementioned citations means that Miller's crime resulted in a death.

**IT IS SO ORDERED.**
**DATED:   April 1, 2021**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**